

**MONTGOMERY McCRACKEN**
ATTORNEYS AT LAW

**John J. Levy**
Admitted in New Jersey, New York &
Pennsylvania
Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220

Main:        856-488-7700
Direct Dial: 856-488-7739
Fax:         856-488-7720
Email:       jlevy@mmwr.com

July 3, 2013

The Honorable Thomas L. Ambro
U.S. Court of Appeals Judge
United States Court of Appeals
 for the Third Circuit
5300 Federal Building
844 N. King Street, Unit 32
Wilmington, DE  19801-3575

The Honorable Joseph A. Greenaway, Jr.
U.S. Court of Appeals Judge
United States Court of Appeals
 for the Third Circuit
Frank R. Lautenberg U.S. Post Office &
 Courthouse, Room 411
P.O. Box 999
Newark, NJ  07101-0999

The Honorable Kathleen M. O'Malley
U.S. Court of Appeals Judge
United States Court of Appeals
 for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C.  20439

c/o Marcia M. Waldron, Clerk,
United States Court of Appeals for the
 Third Circuit, Room 21400
U.S. Courthouse
601 Market Street
Philadelphia, PA  19106-1790

Re:   **Petition of Frescati Shipping Company, et al.**
      **United States of America, Appellants v. Citgo Asphalt**
      **Refining Co., et al., Appellees**
      <u>**Nos. 11-2576 and 11-2577**</u>

Dear Judges Ambro, Greenaway and O'Malley:

We represent Frescati Shipping Company, Ltd. and Tsakos Shipping and Trading, S.A. in the above-referenced matter.  I am writing to request that the Court consider correcting what appears to be small wording error one sentence in the Panel's May 16, 2013 Opinion.

On Page 25 of the opinion, in the first full paragraph, the Court wrote:  "We agree that the Second Circuit's reasoning in *Crumady* and *Waterman* counsel in favor of Frescati's third-party beneficiary status."

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
LOUIS A. PETRONI, NEW JERSEY RESPONSIBLE PARTNER

3479179v1

Montgomery McCracken Walker & Rhoads LLP

The Honorable Thomas L. Ambro
The Honorable Joseph A. Greenaway, Jr.
The Honorable Kathleen M. O'Malley
July 3, 2013
Page 2

As noted by the Court on page 24 of the Opinion, the Supreme Court, not the Second Circuit, decided *Crumady* and *Waterman*. In the *Paragon* case, the Second Circuit accepted the rationale of the *Crumady* and *Waterman* decisions. This leads us to conclude that perhaps a word or two was inadvertently dropped from the Court's sentence. While there may be several ways to correct the sentence, in the context of the paragraph, we respectfully suggest the following:

"We agree ~~that~~ with the Second Circuit's reasoning that ~~in~~ *Crumady* and *Waterman* counsel in favor of Frescati's third-party beneficiary status."

Thank you.

Respectfully submitted,

John J. Levy

JJL:ct

cc:    Alfred J. Kuffler, Esquire (akuffler@mmwr.com)
       Jack Greenbaum, Esquire (jgreenbaum@blankrome.com)
       Anne Murphy, Esquire (anne.murphy@usdoj.gov)
       Stephen G. Flynn, Esquire (Stephen.flynn@usdoj.gov)
       Richard Q. Whelan, Esquire (rwhelan@pbh.com)
       Derek A. Walker, Esquire (walkerd@chaffe.com)
       J. Dwight Le Blanc, Jr., Esquire (leblanc@chaffe.com)
       Frank P. DeGiulio, Esquire (fpd@pbh.com)
       Carter G. Phillips, Esquire (cphillips@sidley.com)
       George R. Zacharkow (gzacharkow@mattioni.com)
       Robert T. Lemon, II, Esquire (blemon@joneswalker.com)