UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-2576

_____

IN RE: PETITION OF FRESCATI SHIPPING COMPANY, LTD., AS OWNER
OF THE M/T ATHOS I AND TSAKOS SHIPPING & TRADING, S.A.,
AS MANAGER OF THE ATHOS I FOR EXONERATION FROM
OR LIMITATION OF LIABILITY

_____

No. 11-2577

_____

UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　Appellant

v.

CITGO ASPHALT REFINING COMPANY; CITGO PETROLEUM CORPORATION;
CITGO EAST COAST OIL CORPORATION

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action Nos. 2-05-cv-00305 / 2-08-cv-02898)
Trial District Judge: Honorable John P. Fullam
District Judge: Honorable Joel H. Slomsky∗
_____

Before: McKEE, Chief Judge, RENDELL, AMBRO, FUENTES, SMITH,
FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, Jr.,
VANASKIE, SHWARTZ, and O'MALLEY∗∗ Circuit Judges

---

∗ Judge Slomsky was assigned to this matter following the retirement of Judge Fullam, who presided at trial and ruled on the merits.
∗∗ Honorable Kathleen M. O'Malley, United States Court of Appeals for the Federal Circuit, sitting by designation.

## PETITION FOR REHEARING *EN BANC*

The petition for rehearing filed by Appellees, having been submitted to the judges who participated in the decision of this Court, and to all the other available circuit judges in active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service not having voted for rehearing by the court *en banc,* the petition for rehearing by the panel and the Court en banc is DENIED.

By the Court,

/s/ Thomas L. Ambro
Circuit Judge

Dated: July 12, 2013
tmk/cc:
Jack A. Greenbaum, Esq.
John D. Kimball, Esq.
Alfred J. Kuffler, Esq.
John J. Levy, Esq.
Eugene J. O'Connor, Esq.
Timothy J. Bergere, Esq.
George M. Chalos, Esq.
Frank P. DeGiulio, Esq.
Douglas L. Grundmeyer, Esq.
J. Dwight LeBlanc, Jr., Esq.
Carter G. Phillips, Esq.
Derek A. Walker, Esq.
Richard Q. Whelan, Esq.
William J. Honan, Esq.
George R. Zacharkow, Esq.